AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DANIELA G. TORRES, aka Daniela Pereira | ) | Case No. 12-8485-WM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.
DEC 1 3 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **August 15- August 22, 2012**  in the county of  **Palm Beach and elsewhere**  in the  **Southern**  District of  **Florida** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1073 | The defendant did move and travel in interstate and foreign comerce with the intent to avoid prosecution, custody or confinement after conviction under the laws of the place from which he fled, to wit: Florida, for a crime which is a felony under the laws from which he fled, notably Florida. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John J. MacVeigh, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/13/2012

_____
*Judge's signature*

City and state:  West Palm Beach, Florida        William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant, John J. MacVeigh, a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, having been duly sworn, deposes and states the following:

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, § 2510(7). I am, therefore, an officer empowered to conduct criminal investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, § 2516. I have been employed as a Special Agent of the FBI since October 29, 1995.

2. On August 21, 2008, at 3:30 a.m., defendant DANIELA G. TORRES, aka Daniela Pereira, drove her vehicle at a high rate of speed on I-95, just north of Hillsboro Boulevard, in Palm Beach County. TORRES' vehicle rear ended another vehicle traveling in the same direction. This impact caused the other vehicle to roll over, ejecting two of the passengers of the vehicle. Both of those persons died from their injuries. TORRES provided a blood sample to the investigators of the automobile accident. On September 8, 2008, the results of the blood test revealed that TORRES' blood alcohol was above the legal limit to drive a motor vehicle.

3. On February 23, 2009, the state of Florida in the Circuit Court, in and for Palm Beach County, Florida issued an arrest warrant, case number 2009-CF-002406A02 for DANIELA G. TORRES for two counts of DUI Manslaughter, one count of DUI causing or contributing to injury to person or property, and two counts of Vehicular Homicide. TORRES surrendered to authorities and was given a bond with conditions issued by the Palm Beach County Pretrial Services Program for supervised release.

4. TORRES resided in Fort Lauderdale, Florida until August 2012. TORRES'

attorney notified the State that he had lost contact with his client. TORRES failed to report on August 21, 2012, and August 28, 2012, to supervised release by phone and failed to appear for a drug test on August 20, 2012, as required by her bond.

5. The state of Florida conducted an investigation in an attempt to locate TORRES. A review of TORRES' cellular telephone records for August 15, 2012, displayed that her telephone connected to cellular towers that traveled south in the area of I-95 in Fort Lauderdale, Florida to the Miami International Airport. It was learned that TORRES boarded a plane from Miami to Brazil on August 15, 2012, but did not board the return flight on August 19, 2012.

6. On August 29, 2012, the Pretrial Services Program requested an arrest warrant for TORRES for violation of Supervised Release. State of Florida, Circuit Court Judge Jeffrey Colbath issued a warrant for the arrest of TORRES under case number 2009-CF-002406AXX

7. On the basis of the foregoing, your affiant believes that probable cause exists to believe that defendant DANIELA G. TORRES, aka Daniela Pereira, violated Title 18, United States Code, § 1073, flight to avoid prosecution.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

JOHN J. MACVEIGH, IV
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 13th day of December 2012.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-8485-WM

UNITED STATES OF AMERICA

vs.

DANIELA G. TORRES,
a/k/a DANIELA PEREIRA,

   Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Kerry Baron
Assistant United States Attorney
Florida Bar No. A5500040
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
TEL: (561) 820-8711
FAX: (561) 805-9846